# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CHARLES E. KELLUM, SR.,

                    Plaintiff,         :    Case No. 3:14-cv-357

   - vs -                          District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

STANDARD REGISTER CO.,

                             :
                 Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim and Failure to Join a Required Party (Doc. #4) is granted.  This case is TERMINATED on the docket of this Court.

December 23, 2014                  *s/Thomas M. Rose

                                          Thomas M. Rose
                                      United States District Judge